HARRISON *v.* McNAMARA, SECRETARY OF
DEFENSE, ET AL.

No. 527, Misc.   Decided March 15, 1965.

*Burton M. Weinstein* for appellant.

*Solicitor General Cox, Assistant Attorney General
Yeagley, Kevin T. Maroney* and *Lee B. Anderson* for
appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

GENOVESE *v.* OHIO.

No. 794, Misc.   Decided March 15, 1965.

Appellant *pro se.*

*Fred V. Skok, Barry M. Byron* and *Alan D. Wright* for
appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dis-
missed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.